**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 23-CR-40045-SMY |
| | ) | |
| MICHAEL A. ESKEW, | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

**UNITED STATES OF AMERICA'S *EX PARTE*
MOTION TO REVOKE BOND**

The United States of America, by Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, and Zoe J. Gross, Assistant United States Attorney, moves for an order revoking Defendant's bond and remanding him to the custody of the United States Marshal pending a detention hearing in this case, and in support thereof states as follows:

1. On October 17, 2023, Michael Eskew was charged by way of Indictment with twelve counts of manufacturing counterfeit obligations of the United States, one count of possession of counterfeit obligations of the United States, and two counts of possession of a digital image of United States currency for counterfeiting. (Doc. 1).

2. Eskew made his initial appearance before the Honorable Reona J. Daly, United States Magistrate Judge, on November 9, 2023. (Doc. 8). Eskew was released on personal recognizance bond.

3. Defendant has since violated the terms and conditions of his bond on several occasions. On December 28, 2023, United States Probation Officer Amy Jo Gischer submitted a bond violation report to the Court, as well as to the United States, alleging that on December 19, 2023, the defendant unlawfully possessed a controlled substance in that he tested positive for

1

methamphetamine. The report further alleged that the Defendant missed an initial substance abuse counseling session at Sage counseling. Although the Court and the United States were made aware of these violations, the Defendant was permitted to remain on bond and given the opportunity to complete residential treatment at Jefferson County Comprehensive Connections.

4. On January 16, 2024, a second bond violation report was submitted by United States Probation Officer Tiffany J. Sauls to the Court and the United States. That bond violation report contains several additional violations by the Defendant and a recommendation that his bond be revoked.

5. The second violation report alleges that the Defendant violated his conditions in several ways, including that on December 28, 2023, the Defendant unlawfully possessed a controlled substance in that he tested positive for methamphetamine.

6. The second violation report also details various events that led to the Defendant's failure to complete substance abuse counseling, including his discharge from Jefferson County Comprehensive Connections on January 3, 2024, after allegedly exhibiting disrespectful behavior toward the treatment and emergency room staff. The report also alleges that the Defendant was later referred to the Fellowship House and failed to report on January 16, 2024.

7. Finally, the second violation report alleges that on January 11, 2024, the Defendant committed the offenses of Driving While License Suspended, Driving with No Valid Registration, and Operating an Uninsured Motor Vehicle. The Defendant also failed to report law enforcement contact with the Illinois State Police that same day.

8. Based on the information provided by the United States Probation Office, there is probable cause that the Defendant has violated the terms and condition of his bond.

WHEREFORE, based on the above, the United States of America moves for the issuance of an arrest warrant and for the temporary detention of the Defendant to permit revocation of the Defendant's conditional release, pursuant to Title 18, United States Code, Section 3148(b).

Respectfully submitted,

RACHELLE AUD CROWE
United States Attorney

*Zoe Gross*
_____
ZOE J. GROSS
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL 62208
(618) 628-3700
zoe.gross@usdoj.gov